

**COM.**

v.

**WISE, Q.**

**1366 EDA 2016**

Superior Court of Pennsylvania.

07/12/2017

CP–51–CR–0000732–2016
(Philadelphia)

Affirmed

**COM.**

v.

**STOKES, W.**

**1861 EDA 2016**

Superior Court of Pennsylvania.

07/12/2017

CP–51–CR–0002680–2015
(Philadelphia)

Affirmed

**ESTATE OF: George H. SCHNELLER,**
**Deceased**

**1981 EDA 2016**

Superior Court of Pennsylvania.

07/12/2017
Reargument Denied 9/6/2017

File No. 1501–1759 (Chester)

Appeal Dismissed

**ESTATE OF SCHNELLER, M.,**

**Appeal of: Schneller, J.**

**1987 EDA 2016**

Superior Court of Pennsylvania.

07/12/2017
Reargument Denied 9/6/2017

File No. 1502–0612 (Chester)

Appeal Dismissed

**L.F.**

v.

**S.F.**

**3117 EDA 2016**

Superior Court of Pennsylvania.

07/12/2017

2014–FC–1187
(Lehigh)

Quashed

